UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>JOSEPH A. SCALIA, II,<br>                                        Plaintiff,<br><br>        v.<br><br>UNITED STATES TRUSTEE,<br><br>                                        Defendant. | Case No. 2:16-cv-00588-JCM<br><br>ORDER |

Presently before the court is the matter of *Scalia v. U.S. Trustee*, case number 2:16-cv-00588-JCM.

On January 4, 2017, the court ordered appellant Joseph Scalia II to show cause, within ten (10) days, as to why instant appeal should not be dismissed for his failure to timely file the required documents and comply with the applicable rules. (ECF No. 6).  Further, the court held that appellant's failure to timely comply with the order to show cause would result in dismissal of the instant appeal. (ECF No. 6).

To date, appellant has yet to comply with the court's January 4th order to show cause, and the deadline to do so has since passed.  Thus, pursuant to the January 4th order, the court will dismiss the instant appeal.

Accordingly,

IT IS HEREBY ORDERED that the instant appeal, *Scalia v. U.S. Trustee*, case number 2:16-cv-00588-JCM, be, and the same hereby is, DISMISSED.

The clerk is instructed to close the case accordingly.

DATED THIS 17th day of January 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE